Tanya L. MARCHWINSKI, et al., Plaintiffs–Appellees,

v.

Douglas E. HOWARD, in his Official Capacity as Director of the Family Independence Agency of Michigan, A Governmental Department of the State of Michigan, Defendant–Appellant.

No. 00–2115.

United States Court of Appeals, Sixth Circuit.

Jan. 21, 2003.

Before: MARTIN, Chief Judge; BOGGS, BATCHELDER, DAUGHTREY, MOORE, COLE, CLAY, GILMAN, GIBBONS, and ROGERS, Circuit Judges.

## ORDER

A majority of the Judges of this Court in regular active service have voted for rehearing of this case en banc. Sixth Circuit Rule 35(a) provides as follows:

"The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal."

Accordingly, it is ORDERED, that the previous decision and judgment of this court is vacated, the mandate is stayed and this case is restored to the docket as a pending appeal.

It is further ORDERED that the appellant and appellees file a supplemental brief not later than Monday, February 17, 2003.